| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon, Esquire<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Bank of America, N.A. | Order Filed on December 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No:  21-17571 VFP |
| In Re:<br><br>Jason Dyer, debtor<br>David A. Vallette, co-debtor | Chapter: 13<br><br>Judge: Vincent F. Papalia |

# CONSENT ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 22, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[Type text]

**(Page 2)**
Debtor:   Jason Dyer
Case No:  21-17571 VFP
Caption of Order:  CONSENT ORDER VACATING STAY
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Bank of America, N.A., upon a consent order to vacate the automatic stay as to real property known as 425 Barbour Street, North Adams MA 01247, and with the consent of Melinda D. Middlebrooks, Esq., counsel for the Debtor, Jason Dyer.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 425 Barbour Street, North Adams MA 01247 hereby vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 425 Barbour Street, North Adams MA 01247; and

It is further **ORDERED, ADJUDGED** and **DECREED** that such relief is as to the property only, does not extend to any action to establish personal liability of the Debtor under the terms of the note, but does allow Secured Creditor to proceed against Debtor in the state court foreclosure action to the extent required by law in order to obtain title to the subject property; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives.  Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the bankruptcy code; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Movant shall serve this order on the Debtor and Trustee when entered.

**(Page 3)**
Debtor:   Jason Dyer
Case No:  21-17571 VFP
Caption of Order:  CONSENT ORDER VACATING STAY

_____

I hereby agree and consent to the above terms and conditions:     Dated:   12/21/2022


*/s/ Denise Carlon*
DENISE  CARLON,  ESQ.,  ATTORNEY  FOR  SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:     Dated:   12/21/2022


*/s/ Melinda D. Middlebrooks*
MELINDA D. MIDDLEBROOKS, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Jason Dyer  
Lauren Dyer  
    Debtors

Case No. 21-17571-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 23, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jason Dyer, Lauren Dyer, 3D Pacific Drive, Winfield Park, NJ 07036-6669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Jason Dyer nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Lauren Dyer nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jason Dyer jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Lauren Dyer jminneci@middlebrooksshapiro.com |
| Marie-Ann Greenberg | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 23, 2022 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jason Dyer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Lauren Dyer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9