Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 21−17571−VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason Dyer  
3D Pacific Drive  
Winfield Park, NJ 07036

Lauren Dyer  
3D Pacific Drive  
Winfield Park, NJ 07036

Social Security No.:  
xxx−xx−7511

xxx−xx−7995

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 22, 2021.

On 12/28/22 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: February 2, 2023  
Time: 08:30 AM  
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 29, 2022  
JAN: lc

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jason Dyer  
Lauren Dyer  
    Debtors

Case No. 21-17571-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 29, 2022     Form ID: 185     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Dyer, Lauren Dyer, 3D Pacific Drive, Winfield Park, NJ 07036-6669 |
| 519317597 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519317601 | + | Wells Fargo, P.O. Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519317590 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2022 20:38:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 519358773 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2022 20:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519317592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:29 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 519449713 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519317593 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 29 2022 20:39:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 519344815 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 29 2022 20:39:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519317594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2022 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519317591 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2022 20:37:26 | Chase, Attn: Bankruptcy Dept, PO Box 1423, Charlotte, NC 28201 |
| 519332849 | + | Email/Text: RASEBN@raslg.com | Dec 29 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519317595 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2022 20:38:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 519359532 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 20:37:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519317596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:36 | Mastercard, P.O. Box 78024, Phoenix, AZ 85062-8024 |

| | | | | |
|---|---|---|---|---|
| 519317598 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 20:37:26 | Synchrony Bank/Verizon, P.O. Box 530916, Atlanta, GA 30353-0916 |
| 519453849 | + | Email/Text: bncmail@w-legal.com | Dec 29 2022 20:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519317599 | | Email/Text: bncmail@w-legal.com | Dec 29 2022 20:39:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 519345352 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 29 2022 20:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519317600 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 29 2022 20:39:00 | US Bank, P.O. Box 790179, Saint Louis, MO 63179 |
| 519333841 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 29 2022 20:37:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Lauren Dyer nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jason Dyer nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jason Dyer jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Lauren Dyer jminneci@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jason Dyer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 29, 2022 | Form ID: 185 | Total Noticed: 23

Melinda D. Middlebrooks
   on behalf of Joint Debtor Lauren Dyer middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9