MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  JASON DYER
     LAUREN DYER
     3D PACIFIC DRIVE
     WINFIELD PARK,  NJ  07036

Atty:  MELINDA MIDDLEBROOKS ESQ
       841 MOUNTAIN AVENUE, FIRST FLOOR
       SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 21-17571

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,800.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/08/2021 | $300.00 | | 11/01/2021 | $300.00 | |
| 11/30/2021 | $300.00 | | 12/27/2021 | $300.00 | |
| 01/25/2022 | $300.00 | | 02/28/2022 | $300.00 | |
| 03/24/2022 | $300.00 | | 05/02/2022 | $300.00 | |
| 05/31/2022 | $300.00 | | 06/29/2022 | $300.00 | |
| 08/01/2022 | $300.00 | | 08/22/2022 | $300.00 | |
| 09/22/2022 | $300.00 | | 10/21/2022 | $300.00 | |
| 11/29/2022 | $300.00 | | 12/27/2022 | $300.00 | |

**Total Receipts: $4,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 07/18/2022 | $122.58 | 894,348 | 08/15/2022 | $31.74 | 895,916 |
| | 09/19/2022 | $31.74 | 897,514 | 10/17/2022 | $31.74 | 899,189 |
| | 11/14/2022 | $31.11 | 900,765 | 12/12/2022 | $31.08 | 902,317 |
| | 01/09/2023 | $31.08 | 903,807 | | | |
| CITIBANK NA | | | | | | |
| | 07/18/2022 | $226.39 | 894,077 | 08/15/2022 | $58.63 | 895,642 |
| | 09/19/2022 | $58.62 | 897,223 | 10/17/2022 | $58.63 | 898,904 |
| | 11/14/2022 | $57.40 | 900,469 | 12/12/2022 | $57.41 | 902,041 |
| | 01/09/2023 | $57.41 | 903,534 | | | |
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 07/18/2022 | $190.54 | 894,172 | 08/15/2022 | $49.34 | 895,736 |
| | 09/19/2022 | $49.34 | 897,322 | 10/17/2022 | $49.34 | 898,990 |
| | 11/14/2022 | $48.31 | 900,561 | 12/12/2022 | $48.32 | 902,128 |
| | 01/09/2023 | $48.32 | 903,618 | | | |

**Chapter 13 Case # 21-17571**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 07/18/2022 | $251.75 | 894,111 | | 08/15/2022 | $65.20 | 895,676 |
| | 09/19/2022 | $65.19 | 897,261 | | 10/17/2022 | $65.19 | 898,937 |
| | 11/14/2022 | $63.83 | 900,501 | | 12/12/2022 | $63.84 | 902,076 |
| | 01/09/2023 | $63.84 | 903,565 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 07/18/2022 | $85.46 | 894,664 | | 07/18/2022 | $64.99 | 894,664 |
| | 08/15/2022 | $22.13 | 896,252 | | 08/15/2022 | $16.82 | 896,252 |
| | 09/19/2022 | $22.13 | 897,863 | | 09/19/2022 | $16.83 | 897,863 |
| | 10/17/2022 | $16.83 | 899,514 | | 10/17/2022 | $22.13 | 899,514 |
| | 11/14/2022 | $21.67 | 901,082 | | 11/14/2022 | $16.48 | 901,082 |
| | 12/12/2022 | $21.67 | 902,629 | | 12/12/2022 | $16.48 | 902,629 |
| | 01/09/2023 | $21.67 | 904,128 | | 01/09/2023 | $16.48 | 904,128 |
| TD BANK USA NA | | | | | | | |
| | 07/18/2022 | $5.37 | 895,165 | | 11/14/2022 | $5.51 | 901,575 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 07/18/2022 | $170.92 | 895,326 | | 08/15/2022 | $44.26 | 896,870 |
| | 09/19/2022 | $44.26 | 898,560 | | 10/17/2022 | $44.26 | 900,155 |
| | 11/14/2022 | $43.34 | 901,730 | | 12/12/2022 | $43.34 | 903,248 |
| | 01/09/2023 | $43.34 | 904,742 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 213.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,750.00 | 100.00% | 1,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 5,881.00 | * | 311.07 | |
| 0002 | JPMORGAN CHASE BANK NA | UNSECURED | 12,078.00 | * | 638.84 | |
| 0003 | LVNV FUNDING LLC | UNSECURED | 4,100.00 | * | 216.86 | |
| 0004 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 9,141.41 | * | 483.51 | |
| 0007 | CITIBANK NA | UNSECURED | 10,861.30 | * | 574.49 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 3,117.62 | * | 164.91 | |
| 0010 | TD BANK USA NA | UNSECURED | 257.10 | * | 10.88 | |
| 0012 | US BANK NATIONAL ASSOCIATION | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0013 | WELLS FARGO CARD SERVICES | UNSECURED | 8,200.00 | * | 433.72 | |

**Total Paid:  $4,797.28**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $4,800.00    -    Paid to Claims: $2,834.28    -    Admin Costs Paid: $1,963.00    =    Funds on Hand: $2.72

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.