Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17571−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason Dyer<br>3D Pacific Drive<br>Winfield Park, NJ 07036 | Lauren Dyer<br>3D Pacific Drive<br>Winfield Park, NJ 07036 |

Social Security No.:
xxx−xx−7511                                                                 xxx−xx−7995

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 6, 2023.

Dated: February 6, 2023
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jason Dyer  
Lauren Dyer  
    Debtors

Case No. 21-17571-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Feb 06, 2023 | Form ID: plncf13 | Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Dyer, Lauren Dyer, 3D Pacific Drive, Winfield Park, NJ 07036-6669 |
| 519317597 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519317601 | + | Wells Fargo, P.O. Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519317590 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2023 20:43:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 519358773 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2023 20:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519317592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 20:54:20 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 519449713 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 20:54:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519317593 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 06 2023 20:44:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 519344815 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 06 2023 20:44:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519317594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2023 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519317591 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2023 20:54:34 | Chase, Attn: Bankruptcy Dept, PO Box 1423, Charlotte, NC 28201 |
| 519332849 | + | Email/Text: RASEBN@raslg.com | Feb 06 2023 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519317595 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2023 20:44:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 519359532 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2023 20:54:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519317596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 20:54:19 | Mastercard, P.O. Box 78024, Phoenix, AZ 85062-8024 |

| | | | | |
|---|---|---|---|---|
| 519317598 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 20:54:33 | Synchrony Bank/Verizon, P.O. Box 530916, Atlanta, GA 30353-0916 |
| 519453849 | + | Email/Text: bncmail@w-legal.com | Feb 06 2023 20:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519317599 | | Email/Text: bncmail@w-legal.com | Feb 06 2023 20:44:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 519345352 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 06 2023 20:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519317600 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 06 2023 20:44:00 | US Bank, P.O. Box 790179, Saint Louis, MO 63179 |
| 519333841 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2023 20:54:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2023             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Lauren Dyer nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jason Dyer nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jason Dyer jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Lauren Dyer jminneci@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jason Dyer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 06, 2023 | Form ID: plncf13 | Total Noticed: 23

Melinda D. Middlebrooks
    on behalf of Joint Debtor Lauren Dyer middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9